UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT BOWERSOCK,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

C18-256 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion for Summary Judgment of Dismissal, docket no. 10, is DENIED. There are genuine disputes of material fact regarding whether Defendant's reporting to credit bureaus in March and April of 2017 occurred after Plaintiff reported identity theft, and whether that reporting constituted a continuing violation for purposes of the statute of limitations. *See* Docket No. 12-1; *Joseph v. J.J. Mac Intyre Cos., LLC*, 281 F. Supp. 2d 1156 (N.D. Cal. 2003).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of October, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1